Law Office of Brian J. Muhlbaier
309 Fellowship Road
Suite 200
Mount Laurel NJ 08054
(856) 692-0440
Attorney for Movant

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **Tanisha Green**<br><br>**Debtors** | **CHAPTER 13**<br>**CASE NO.: 23-17427 ABA**<br>**Certification in Support of Motion**<br>**For Relief From Stay With Prospective**<br>**Relief** |

Amanda Pando hereby certifies the following:

I am the landlord of the debtor.

1. Debtor is a tenant at 1480 S. Maple Dr. Apt C-2 Vineland NJ 08360.

2. Currently Debtor owes $5907 and has not made post-petition payments in September 2023, November 2023, January 2024 and February 2024.

3. Landlord has been financially impacted by the debtors disregard for their obligations after a bankruptcy filing and the clear abuse of the bankruptcy system.

Wherefore, the applicant seeks entry of the Order submitted herewith.

Dated: 2/1/2024

                                                           //s//
                                                   Amanda Pando