Seymour Wasserstrum, Esq. SW2734
Law Offices of Seymour Wasserstrum
Attorney at Law
205 W. Landis Avenue
Vineland, NJ 08360
P: (856) 696-8300
F: (856) 696-6962
Mylawyer7@aol.com
Attorney for the Debtor

---

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

**IN RE:**  Tanisha I. Green                            **Case No:** 23-17427/ABA
                                                        **Chapter 13**

### CERTIFICATION OF ATTORNEY SEYMOUR WASSERSTRUM

I, Seymour Wasserstrum, certify that all statements made are true and correct and I am aware that if any statements are willfully false, I am subject to punishment for false swearing.

1. The Debtor filed for Chapter 13 bankruptcy on August 25, 2023.

2. The deadline for filing claims in this case was November 3, 2023.

3. The Debtor's creditors, INTERNAL REVENUE SERVICE & LANDLORD, JAY MAPLE APARTMENTS failed to file a claim before the deadline.

4. The trustee has taken the position that they want this case dismissed due to the proof of claim not being filed by INTERNAL REVENUE SERVICE and due to the proof of claim not being filed JAY MAPLE APARTMENTS, creditor, debtor's landlord, a task that we would normally expect the creditors to do in this kind of case.

5. We, therefore, respectfully request that the court permit us to file a Proof of Claim post bar date, which would be in the interest of justice, fairness, and equity, for all concerned.

I, Seymour Wasserstrum, certify that all statements are true and correct, and I am fully aware that if any statement is willfully false, I am subject to punishment for false swearing.

**Dated: 02/26/2024**                                          **/s/ Seymour Wasserstrum**
                                                               **Attorney for Debtor**