Seymour Wasserstrum, Esq.
Law Offices of Seymour Wasserstrum
205 W. Landis Ave.
Vineland, NJ 08360
(t)856-696-8300 | (f)856-696-3586
MyLawyer7@aol.com

**UNITED STATES BANKRUPTCY COURT
DISTICT OF NEW JERSEY
CAMDEN VICINAGE**

| In re:             | Case No.:  23-17427-ABA |
|--------------------|-------------------------|
| Tanisha I. Green   | Hearing Date: June 11, 2024 |
|                    | 10:00 AM |
| Debtor             | Chapter: 13 |

## NOTICE OF MOTION TO REIMPOSE THE AUTOMATIC STAY AS TO GOLDREST PROPERTIES/GREENWOOD MAPLE J/JAY MAPLE APARTMENTS

**TAKE NOTICE** that on May 17, 2024, Tanisha I. Green, Debtor in the above captioned matter, by and through their Counsel, have filed papers with the court to REIMPOSE THE AUTOMATIC STAY as to Goldcrest Properties/Greenwood Maple J/Jay Maple Apartments.("the Motion").

**TAKE FURTHER NOTICE** that in support of the Motion, the Debtor shall rely on her Certification in support of the Motion.

**TAKE FURTHER NOTICE** that the movant believes no brief is necessary as there are no complex or novel issues in law or fact.

**TAKE FURTHER NOTICE** that the movant waives oral arguments unless a timely objection is filed.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

|  |  |
|---|---|
| HEARING DATE: | June 11, 2024 |
| HEARING TIME: | 10:00 AM |
| HEARING LOCATION: | U.S. Post Office and Courthouse |
|  | 401 Market Street |
|  | Camden, NJ 08101 |
| COURT ROOM NO.: | 4B |

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

> US Bankruptcy Court,
> District of New Jersey
> PO Box 2067
> Camden, NJ 08101

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

> Andrew B Finberg
> Chapter 13 Standing Trustee
> Cherry Tree Corporate Center
> 535 Route 38 - Suite 580
> Cherry Hill, NJ 08002

> Seymour Wasserstrum, Esquire
> Law Offices of Seymour Wasserstrum
> 205 W. Landis Ave.
> Vineland, NJ 08360

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

DATED: 5/17/2024                        /s/ _____
                                        Seymour Wasserstrum, Esq.
                                        Law Offices of Seymour Wasserstrum
                                        Attorney for the Debtor