

**GOLDCREST PROPERTIES**

**$6,553.00** •  May 09, 2024

Payment Receipt ck#rent assist7772

Unit: C-2

Payment Receipt ck#rent assist7772

**$40.00 - Charge**  May 08, 2024

Pet Rent Charge

Unit: C-2

Pet Rent Charge

**$400.00 - Charge**  May 08, 2024

Pet Security Charge

Unit: C-2

Pet Security Charge

**$868.00 - Charge**  May 01, 2024

Rent Charge

Unit: C-2

Rent Charge

**$357.00 - Charge**  Apr 22, 2024

Legal Fee Charge