UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Case No.: _____

Judge: _____

Chapter: _____

Recommended Local Form:  ☐ Followed  ☐ Modified

# CREDITOR'S CERTIFICATION OF DEFAULT

_____ does hereby certify as follows:

1. I am a _____ for _____, a secured creditor of the debtor.

2. On _____, an Order issued from this Court, a copy of which is attached hereto as an exhibit, providing for the cure of post-petition arrearages, and in default of such monthly payments for a thirty (30) day period, allowing the secured creditor ex parte relief to vacate the stay, with notice to the trustee, debtor and his attorney, if any.

3. Debtor has failed to comply with the aforesaid order:

   ☐ by missing payments and/or by failing to make the correct payments as summarized on the annexed schedule "A". (Local Form 16 or 16A).

   ☐ Other _____.

4.     This certification is being made in an effort to enforce the prior order of this court and to vacate the stay.

5.     I certify the above facts to be true. I am aware that if the above facts are willfully false, I am subject to punishment.

Dated:    6/10/2024            /s/ _____
                                                                    Signature

*Rev. 7/1/04; jml*