**Seymour Wasserstrum, Esq.**
Law Offices of Seymour Wasserstrum
205 W. Landis Ave.
Vineland, NJ 08360
(t)856-696-8300 | (f)856-696-3586
MyLawyer7@aol.com

**UNITED STATES BANKRUPTCY COURT
DISTICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| In re:<br><br>　　　Tanisha I. Green<br><br>　　　Debtor | Case No.:　　23-17427 |

**CERTIFICATION OF TANISHA I. GREEN**

　　I, <u>TANISHA I. GREEN,</u> the Debtor in this case, have personal knowledge of the facts set forth herein, and I am authorized to make this certification.

1. I am filing this certification in opposition to Creditor's Certification of Default, Motion for Relief, and to request the court reconsider the ruling of May 22, 2024.

2. I have lived in my home for approximately thirteen years.

3. I have worked for the last 25 + years for Vineland Developmental Center.

4. If Covid had not occurred, I would not have fallen behind in my rent.

5. Fortunately, DCA approved me to receive eviction prevention funds to help me catch up with my rent.

6. The reason that I fell behind in my post-petition rent payments is that while I was approved for rental assistance there was an error made and the DCA funds that were supposed to be sent to my landlord were sent to someone else.

7. I filed my bankruptcy petition on **August 25,2023**. The primary reason I filed, was to save my home and to pay the landlord the pre-petition arrears of $**3,925.00** through my plan.

8. Going forward, in regard to post-petition arrears, I owe (9) nine months at **$868.00** for a total of **$8,262.00** including late fees of $50.00 each month.

9. There have been multiple payments made to Goldcrest Properties, a total of **$10,183.00**, since August 2023.

10. In October 2023, I made a payment of **$805.00** to the landlord. See attached

11. On November 22, 2023, a payment from DCA for the **EVICTION PREVENTION PROGRAM** in the amount of **$2,325.00** was made to Goldcrest Properties.

12. In March 2024, I made a payment of **$500.00** to Goldcrest Properties.

13. On May 9, 2024, a payment from DCA from the **EVICTION PREVENTION PROGRAM** in the amount of **$6,553.00** was made to Goldcrest Properties.

14. I am requesting that the automatic stay remain in effect and that I am permitted to continue paying pre-petition arrears in the plan.

15. If the court would allow me to list my pre-petition rental arrears in the amount of **$3,925.00** in my chapter 13 bankruptcy plan, I would then owe post-petition rental arrears and late fees totaling **$8,076.00** outside of the plan.

16. Payments in the amount of **$ 10,183.00** have been made to the landlord since I filed my petition, allowing a **$1,239.00** credit as of May 31, 2024.

17. While deducting what I owe for June 2024, which is **$868.00**, a credit still remains in the amount of **$371.00** which I would like to be applied to my July rent.

18. See Table below for quick reference;

**September 2023 to June 2024**

| Date | Rent Amount Due: | Late Fee: | Total Due: | Payment |
|---|---|---|---|---|
| Sep-23 | $ 775.00 | $ 50.00 | $ 825.00 | $ - |
| Oct-23 | $ 775.00 | $ 50.00 | $ 825.00 | $ - |
| Oct-24 | | | $ - | $ 805.00 |
| Nov-23 | $ 868.00 | $ 50.00 | $ 918.00 | $ - |
| Nov-23 | $ - | | $ - | $ 2,325.00 |
| Dec-23 | $ 868.00 | $ 50.00 | $ 918.00 | $ - |
| Jan-24 | $ 868.00 | $ 50.00 | $ 918.00 | $ - |
| Feb-24 | $ 868.00 | $ 50.00 | $ 918.00 | $ - |
| Mar-24 | $ 868.00 | $ 50.00 | $ 918.00 | $ - |
| Mar-24 | $ - | | $ - | $ 500.00 |
| Apr-24 | $ 868.00 | $ 50.00 | $ 918.00 | $ - |
| May-24 | $ 868.00 | $ 50.00 | $ 918.00 | $ - |
| May-24 | $ - | | $ - | $ 6,553.00 |
| **TOTAL(s)** | $ 7,626.00 | | $ 8,076.00 | $ 10,183.00 |
| **CREDIT** | | | | $ 2,107.00 |
| Jun-24 | $ 868.00 | | | $ 1,239.00 CREDIT |

19. At the same time, I do have **$868.00** on hand for June rent, but I was told by the landlord that I will be locked out for not paying on the 1st of the month.

20. Lastly. I am not opposed to paying reasonable attorney fees and I agree to pay the creditor's attorney fees of **$650.00** also through the plan, and I want to thank the Court for giving me the help that I need at this point in my life.

I, <u>TANISHA I GREEN</u>, certify all statements made heretofore by me are true and correct to the best of my information, knowledge, and belief; and I am fully aware that if any statement is willfully false, I am subject to punishment for false swearing.

Dated:_06/18/2024_____              */s/ Tanisha I. Green*_____
                                        Tanisha I. Green