# EXHIBIT A

**Seymour Wasserstrum, Esq.**
Law Offices of Seymour Wasserstrum
205 W. Landis Ave.
Vineland, NJ 08360
(t)856-696-8300 | (f)856-696-3586
MyLawyer7@aol.com

UNITED STATES BANKRUPTCY COURT
DISTICT OF NEW JERSEY
CAMDEN VICINAGE

| In re:<br><br>Tanisha Green<br>Debtor | Case No.: 23-17427-ABA<br><br>Hearing Date: August 6, 2024<br><br>                 10:00AM<br><br>Chapter: 13<br>Motion to |
|---|---|

## CERTIFICATION OF KIMBERLY E. VASTANO IN SUPPORT OF MOTION TO RECONSIDER ORDER VACATING STAY and REQUEST FOR HEARING ON OBJECTION TO CREDITOR'S CERTIFICATION OF DEFAULT (DOC.50)

     I, <u>Kimberly E. Vastano,</u> the paralegal for Mr. Wasserstrum, debtor's attorney, have personal knowledge of the facts set forth herein, and I am authorized to make this certification.

1. On July15, 2024, I requested an appearance for Mr. Wasserstrum through Court Solutions.

2. On July 16, 2024, Mr. Wasserstrum called me and asked me what time his hearing would be.

3. I referred to the Court solutions email that showed "approved" for Ms. Tanisha Green at 10:30 am.

4. Ms. Green was present for the hearing while Mr. Wasserstrum called in at approximately 10:15 am.

5. Together, Mr. Wasserstrum, Ms. Green and I waited on the line to be able to be heard, however after waiting for a prolonged time, Mr. Wasserstrum was able to contact the Court from his cell phone.

6. Mr. Wasserstrum spoke to the court clerk who explained that the hearing took place at 10:00 a.m. and that it was over.

7. It was only then that I discovered that I must have made an error in scheduling Mr. Wasserstrum's appearance and that I mistakenly entered the time of hearing as 10:30 am, instead of 10:00 am.

I, Kimberly E. Vastano, certify all statements made heretofore by me are true and correct to the best of my information, knowledge, and belief; and I am fully aware that if any statement is willfully false, I am subject to punishment for false swearing.

Dated: July 16, 2024

Kimberly E. Vastano, Paralegal
for Seymour Wasserstrum, Esq.

Fw: Approved CourtSolutions Appearance Request for 7/16/2024

From: mylawyer7@aol.com (mylawyer7@aol.com)

To: kvastano@seymourlaw.net; kseeman@seymourlaw.net

Date: Tuesday, July 16, 2024 at 10:58 AM EDT

----- Forwarded Message -----
**From:** "noreply@court-solutions.com" <noreply@court-solutions.com>
**To:** "mylawyer7@aol.com" <mylawyer7@aol.com>
**Cc:** "lawfirm2023@aol.com" <lawfirm2023@aol.com>
**Sent:** Tuesday, July 16, 2024 at 08:00:18 AM EDT
**Subject:** Approved CourtSolutions Appearance Request for 7/16/2024



Seymour,

Your participation for the following hearing has been APPROVED:

10:30 AM

Hearing Name: Tanisha Green
Case No.: 23-17427
Date: 7/16/2024
Time: 10:30 AM EST
Status: Live Participation

Account Information:

Dial In: (646) 760-4600 (or any of the additional numbers listed below)
Cell Phone: (856) 503-6091
Pin Code: 615303
One touch dial in: 16467604600,8565036091,615303

Please Note:

1. There is no need to press pound at any point.

2. The court can place you on hold and mute you.

3. **You must be on your computer or tablet to unmute yourself through the Hearing Dashboard. There are no keypad controls on your phone.**

If you have questions, please click here.

**CourtSolutions LLC**
**info@Court-Solutions.com**
**917.746.7476**

This email was sent from a notification-only address that cannot accept incoming email. Please do not reply to this message. For security reasons, you cannot unsubscribe from these notification emails.

COURTSOLUTIONS LLC
P: 917 746 7476
www.court-solutions.com