# EXHIBIT B

**Kimberly Vastano**

| | |
|---|---|
| **From:** | Tanisha Green <tanishag120@gmail.com> |
| **Sent:** | Tuesday, July 16, 2024 1:04 PM |
| **To:** | Kimberly Vastano |
| **Subject:** | Fwd: NJ eCourts Clerk Notice - Special Civil Part CUM-LT-000446-23 |

---------- Forwarded message ---------
From: <eCourtsCivilDoNotReply.mailbox@njcourts.gov>
Date: Tue, Jul 16, 2024, 11:14 AM
Subject: NJ eCourts Clerk Notice - Special Civil Part CUM-LT-000446-23
To: <B.MUHLBAIER@comcast.net>, <MUHLBAIERLAWFIRM@gmail.com>, <TANISHAG120@gmail.com>

## SUPERIOR COURT OF NEW JERSEY - eCOURTS

The following clerk notice is being sent from eCourts:

| | |
|---|---|
| Plaintiff Name: | JAY MAPLE APARTMENTS |
| Defendant Name: | TANISHA GREEN, DYON GREEN |
| Case Caption: | JAY MAPLE APARTMENTS VS GREEN TANISHA |
| Case Number: | CUM LT 000446-23 |
| Docket Text: | **CLERK NOTICE:** re: CORRESPONDENCE SCP20242608366 -Please upload the bankruptcy order to reinstate the case, and the request to issue the warrant of removal needs to be submitted in the form of a motion. |
| Transaction ID: | SCP20242609853 |

**Notice has been electronically mailed to:**

| | | |
|---|---|---|
| Plaintiff Attorney | BRIAN JOSEPH MUHLBAIER | B.MUHLBAIER@COMCAST.NETMUHLBAIERLAWFIRM@GMAIL.COM |
| Defendant | GREEN, TANISHA | TANISHAG120@GMAIL.COM |

**Notice was not electronically mailed to:**

| | | |
|---|---|---|
| Defendant | DYON GREEN | 1480 S. MAPLE AVE., UNIT C-2, VINELAND, NJ 08360 |

Login to eCourts to view the Case Jacket. You will need a valid user ID (Bar ID) to view the submitted documents.

For questions, please contact the Superior Court Special Civil Part in county of venue..

This communication is for notification purposes only.

1