**Seymour Wasserstrum, Esq.**
Law Offices of Seymour Wasserstrum
205 W. Landis Ave.
Vineland, NJ 08360
(t)856-696-8300 | (f)856-696-3586
MyLawyer7@aol.com

**UNITED STATES BANKRUPTCY COURT
DISTICT OF NEW JERSEY
CAMDEN VICINAGE**

| In re:  Tanisha Green  Debtor(s) | Case No.: 23-17427-ABA  Hearing Date: August 6, 2024  10:00 AM  Chapter: 13  Motion to Reinstate the Automatic Stay |
|---|---|

**CERTIFICATION OF SERVICE**

1. I, <u>Desiree Hillegass</u>:
 ☐ represent _____ in this matter.

 ☒ am the secretary/paralegal for <u>Seymour Wasserstrum, Esq.</u> who represents <u>Debtor(s)</u> in this matter.

 ☐ am the _____ in this case and am representing myself.

2. On <u>November 11, 2024</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
☒ Order Reinstating the Automatic Stay

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: <u>November 11, 2024</u>          /s/Desiree Hillegass
                                            Signature

| Name and Address | Role | Method |
|---|---|---|
| Andrew Finberg<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002<br><br>U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center, Ste 2100<br>Newark, NJ 07102 | Chapter 13 Trustee<br><br><br><br><br>United States Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ Other: _NEF_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Tanisha Green<br>1480 S. Maple Drive, Unit C-2<br>Vineland, NJ 08360 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Maple Jay Apartments<br>1480 S. Maple Drive and 76-92 Jay Terrace<br>Vineland, NJ 08360<br><br>Brian Muhlbaier, Esq.<br>309 Fellowship Rd<br>Suite 200<br>Mt. Laurel NJ 08054<br><br>Moshie Solomon, Esq. LAW OFFICES OF MOSHIE SOLOMON, P.C. Two University Plaza, Suite 100 Hackensack, New Jersey 07601 | Creditor<br><br><br><br><br>Creditor's Counsel | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |